**Order entered April 15, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01735-CR
No. 05-13-01736-CR
No. 05-13-01737-CR

**JAVIER A. MONTOYA-RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-56281-W, F12-56282-W, F13-58584-W**

## ORDER

The Court **ORDERS** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 6, a DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter Debi Harris and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE